# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re | ) | |
|     JASON DEAN CLARK | ) | Case No. 21-16109-MER |
| | ) | Chapter 7 |
|                 Debtor | ) | |
| | ) | |
|     DAVID E. LEWIS | ) | Adversary Proceeding No. |
|     Chapter 7 Trustee, | ) | 22-01166-MER |
| | ) | |
|                 Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
|     LAW OFFICES OF AMBER FLORIO, PLLC | ) | |
|     DBA THE COMMONWEALTH LAW GROUP | ) | |
| | ) | |
|                 Defendant | ) | |

## NOTICE OF DEPOSITION BY VIDEO CONFERENCE

### TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

      PLEASE TAKE NOTICE that David E. Lewis, Chapter 7 trustee and Plaintiff herein, by and through his counsel, will take the deposition upon oral examination of a corporate representative of Defendant Law Offices of Amber Florio, PLLC under F.R.C.P. 30(b)(6) on **April 13, 2023, beginning at 8:00 a.m.** and continuing until completed, by video conference. The deposition will be recorded by stenographic means and may be recorded.

      Pursuant to F.R.C.P. 30(b)(6), Defendant is directed to designate one or more of its officers, directors, managing agents, or other persons who consent to testify on its behalf and who have knowledge of and are adequately prepared to testify concerning the topics set forth in **EXHIBIT A** attached hereto.

1

Dated: April 5, 2023.

           THE JOHNSON LAW FIRM

           /s/ Lars Johnson
           Lars Johnson, #34344
           PO Box 10
           Eagle, CO 81631
           Phone: 970-688-0436
           Lars_johnson@me.com
           Attorneys for the Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2023 a true and correct copy of the foregoing **NOTICE OF DEPOSITION BY VIDEO CONFERENCE** was served via CM/ECF, upon the following:

Chad S. Caby, Esq.
Timothy D. Elliott, Esq.
John E. Frank, Esq.

           /s/Lars Johnson