## Exhibit A

1. Services provided to the Debtor by Defendant, including services provided by Defendant's members, employees, representatives and third-party vendors.

2. Transactions in the Debtor's Global Client Solutions, LLC dedicated account.

3. Communications between the Debtor and Defendant, including its members, employees, representatives and third-party vendors.

4. Communications between creditors of the Debtor and Defendant, including its members, employees, representatives and third-party vendors.

5. Compensation paid to Defendant's members, employees, representatives and third-party vendors, related to services provided by Defendant to the Debtor.

6. Legal advice provided by Kevin Wang and/or Mark Scheer to the Debtor.

7. Defendant's policies and implementation of said policies regarding supervision by Colorado attorneys of Defendant's members, employees, representatives and third-party vendors providing services to the Colorado consumers.

8. Supervision provided by Kevin Wang and/or Mark Scheer of Defendant's members, employees and third-party vendors who provided services to the Debtor.

9. Defendant's negotiations and settlements obtained with the Debtor's creditors, including but not limited to representation of the Debtor and negotiations with Vinci Law Office, LLC related to Jefferson County Case No. 20C31433.

10. Advice and counsel regarding bankruptcy provided to the Debtor by Defendant, including its members, employees, representatives and third-party vendors.

11. Sales and marketing efforts by Defendant, including its members, employees, representatives and third-party vendors, related to obtaining consumers, including the Debtor, as clients.

12. Defendant's relationship with Sunshine Signing Connection, Inc., Commonwealth Servicing Group, LLC and Commonwealth Law Group, LLC.

13. Defendant's Answer and Affirmative Defenses.

14. Defendant's Fed.R.Bankr.P. 7026(a) disclosures.

15. Defendant's responses to the Trustee's Combined Discovery Requests.