# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| JASON DEAN CLARK, | ) | Case No. 21-16109-KHT |
| | ) | |
| Debtor. | ) | |
| | ) | |
| DAVID E. LEWIS, Chapter 7 Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary No. 22-01166-KHT |
| | ) | |
| LAW OFFICES OF AMBER FLORIO, PLLC and COMMONWEALTH SERVICING GROUP, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION REQUESTING EXHIBITS BE TRANSMITTED TO THE COURT VIA EMAIL

Defendants Law Offices of Amber Florio, PLLC and Commonwealth Servicing Group, LLC ("Defendants") respectfully move this Court, to allow transmission via email of certain exhibits supporting Defendants' Motion for Summary Judgment.

The requested exhibits include two Excel spreadsheets (Exs. 14, 22) and five audio files (Exs. 15, 16, 18, 19, and 21). The native files of these exhibits cannot be filed via CM/ECF and therefore must be transmitted to the Court via email, with permission.

Wherefore, Defendants respectfully request the Court to allow the email transmission of Defendants' Motion for Summary Judgment Exhibits 14, 15, 16, 18, 19, 21, and 22.

Dated: June 7, 2024

Respectfully submitted,

s/ *Emily A. Shupe*
Chad S. Caby, No. 30927
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
1601 19th Street, Suite 1000
Denver, CO 80202
Tel: (303) 623-9000
Email: ccaby@lewisroca.com

*and*

**RATHJE WOODWARD LLC**
Timothy D. Elliott – ARDC #6237023
Emily A. Shupe – ARDC #6288926
James W. Scales – ARDC #6344173
300 East Roosevelt Road, Suite 300
Wheaton, IL 60187
Tel: (630) 668-8500
Email: telliott@rathjewoodward.com
eshupe@rathjewoodward.com
jscales@rathjelaw.com

*Attorneys for Law Offices of Amber Florio, PLLC and Commonwealth Servicing Group, LLC*

## CERTIFICATE OF SERVICE

I, Emily A. Shupe, an attorney, certify that I caused a copy of the foregoing to be served via ECF on all counsel of record this 7th day of June, 2024.

*s/ Emily A. Shupe*