# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re | ) | |
|     JASON DEAN CLARK | ) | Case No. |
| | ) | 21-16109-KHT |
|                       Debtor | ) | Chapter 7 |
| | ) | |
| | ) | |
|     DAVID E. LEWIS | ) | Adv. Proceeding No. |
|     Chapter 7 Trustee, | ) | 22-01166-KHT |
| | ) | |
|                       Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
|     LAW OFFICES OF AMBER FLORIO, PLLC | ) | |
|     COMMONWEALTH SERVICING GROUP, LLC | ) | |
| | ) | |
|                       Defendants | ) | |

## STATEMENT REGARDING STIPULATED FACTS

Pursuant to the Court's May 12, 2025 Order (ECF#:112), for the August 18 and 19, 2025 trial, set to begin at 10:00 a.m. each day at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom D, Fifth Floor, Denver, Colorado 80202, Plaintiff, David E. Lewis, and Defendants, The Law Office of Amber Florio, PLLC and Commonwealth Servicing Group, LLC, by and through their undersigned counsel, state that they were unable to agree upon stipulated facts.

DATED: August 11, 2025.

        THE JOHNSON LAW FIRM

        /s/ Lars Johnson
        Lars Johnson, #34344
        PO Box 10
        Eagle, CO 81631
        Phone: 970-688-0436
        Lars_johnson@me.com
        *Attorneys for Plaintiff/Trustee*


        RATHJE WOODWARD LLC

        /s/ Emily A. Shupe
        Emily A. Shupe
        James W. Scales
        300 E. Roosevelt Road, Suite 220
        Wheaton, IL 60187
        Ph: (630) 668-8500
        Fax: (630) 668-9218
        Email: eshupe@rathjelaw.com
        jscales@rathjelaw.com


        WOMBLE BOND DICKINSON, LLP

        Chad S. Caby, No. 30927
        1601 19th Street, Suite 1000
        Denver, CO 80202
        Tel: 303-628-9583
        Fax: 303-623-9222
        E-mail: ccaby@wbd-us.com
        *Attorneys for Defendants*