UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

### *Minutes of Proceeding*

---

Date: August 19, 2025            HONORABLE KIMBERLEY H. TYSON, Presiding

---

| | | |
|---|---|---|
| In re: Jason Dean Clark, | Debtor. | Case No: 21-16109-KHT<br>Chapter 7 |
| David E. Lewis, Chapter 7 Trustee,<br>v.<br>Law Offices of Amber Florio, PLLC and Commonwealth Servicing Group, LLC, | Plaintiff,<br><br>Defendants. | Adv. Pro. No.: 22-01166-KHT |

---

<u>Appearances:</u>

| | | |
|---|---|---|
| Plaintiff | Counsel | Lars Johnson |
| Defendants | Counsel | Emily A Shupe |
| | Counsel | |

<u>Proceedings:</u> Trial on Plaintiff's Complaint (day 2 of 2)

[X]     Parties presented evidence and closing arguments.

---

<u>Orders:</u>

[X]     Evidence admitted as set forth on the record in open court.

[X]     Following closing arguments, the matter was taken under advisement.

---

Date: August 19, 2025.          FOR THE COURT:
*Kenneth S. Gardner, Clerk of the Bankruptcy Court*

By: *&#47;s&#47; K. Lane Cutler*
      Law Clerk