United States Bankruptcy Court
District of Colorado

Lewis,
    Plaintiff

Adv. Proc. No. 22-01166-KHT

Law Offices of Amber Florio, PLLC,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 1082-1     User: admin     Page 1 of 2
Date Rcvd: Aug 25, 2025     Form ID: pdf904     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| ust | Aaron Carson, 1961 Stout St., Ste. 12-200, Denver, CO 80294-6004 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2025     Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chad S. Caby | on behalf of Defendant Commonwealth Servicing Group LLC chad.caby@wbd-us.com, chadwick-caby-5693@ecf.pacerpro.com,Jennifer.Eastin@wbd-us.com |
| Chad S. Caby | on behalf of Defendant Law Offices of Amber Florio PLLC chad.caby@wbd-us.com, chadwick-caby-5693@ecf.pacerpro.com,Jennifer.Eastin@wbd-us.com |
| Emily A Shupe | on behalf of Defendant Law Offices of Amber Florio PLLC eshupe@rathjelaw.com, cstevens@rathjelaw.com |
| Emily A Shupe | on behalf of Defendant Commonwealth Servicing Group LLC eshupe@rathjelaw.com, cstevens@rathjelaw.com |
| James W Scales | on behalf of Defendant Law Offices of Amber Florio PLLC jscales@rathjelaw.com, nwinters@rathjelaw.com,lbullis@rathjelaw.com,nhaynes@rathjelaw.com |
| James W Scales | on behalf of Defendant Commonwealth Servicing Group LLC jscales@rathjelaw.com, nwinters@rathjelaw.com,lbullis@rathjelaw.com,nhaynes@rathjelaw.com |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 25, 2025 | Form ID: pdf904 | Total Noticed: 1 |

Lars Johnson
                              on behalf of Plaintiff David E. Lewis lars_johnson@me.com

TOTAL: 7

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

### *Minutes of Proceeding*

Date: August 18, 2025                                    HONORABLE KIMBERLEY H. TYSON, Presiding

| | | |
|---|---|---|
| In re:   Jason Dean Clark, | Debtor. | Case No: 21-16109-KHT<br>Chapter 7 |
| David E. Lewis, Chapter 7 Trustee,<br>v.<br>Law Offices of Amber Florio, PLLC and Commonwealth Servicing Group, LLC, | Plaintiff,<br><br>Defendants. | Adv. Pro. No.: 22-01166-KHT |

Appearances:

| | | |
|---|---|---|
| Plaintiff | Counsel | Lars Johnson |
| Defendants | Counsel | Emily A Shupe |
| | Counsel | |

Proceedings:  Trial on Plaintiff's Complaint (day 1 of 2)

[X]    Parties presented opening statements and evidence.

Orders:

[X]    Evidence admitted as set forth on the record in open court.

Date: August 18, 2025.                                    FOR THE COURT:
*Kenneth S. Gardner, Clerk of the Bankruptcy Court*

By:   */s/ K. Lane Cutler*
         Law Clerk